# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## STATESVILLE DIVISION
## 5:07cv122

| | | |
|---|---|---|
| GWYN FRANKLIN ELLIS and wife SANDRA E. ELLIS; and BILLY HARRIS ELLIS and wife KATHLEEN C. ELLIS, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| Vs. | ) ) | ORDER |
| GARY (NMN) MANNING; and RICHARD W. SENTER, | ) ) ) ) | |
| Defendants. | ) ) | |

**THIS MATTER** is before the court on a "Certificate of Initial Attorneys Conference" ("CIAC") that was sent directly to chambers via CyberClerk and was not filed through ECF. Respective counsel are advised that LCvR 16.1(B) requires that the CIAC be *filed.*

### ORDER

**IT IS, THEREFORE, ORDERED** that the parties file their CIAC.

Signed: March 17, 2008

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge